Case Number: 18-cv-05582-(JBW)-(PK)

| PROPOSED DISCOVERY PLAN | | | |
|---|---|---|---|
| | DONE | NOT APPLICABLE | DATE |
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | |
| 2. Rule 26(a)(1) disclosures exchanged | | | By 12/12/18 |
| 3. Requests made: | | | |
|    a. Medical records authorization | | | By 12/12/18 |
|    b. Section 160.50 releases for arrest records | | X | |
|    c. Identification of John Doe/Jane Doe defendants | | X | |
|    d. Proposed Stipulation of Confidentiality | | | By 12/12/18 |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | By 12/12/18 |
| **B. SETTLEMENT** | | | |
| 1. Plaintiff to make settlement demand | | | 12/31/2018 |
| 2. Defendant to make settlement offer | | | 1/11/2019 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | X | |
| 4. Settlement Conference (proposed date) | | | 4/10/2019 (subject to Plaintiff's availability) |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 1/21/18 |
| 2. Initial documents requests and interrogatories | | | 2/18/19 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 5/29/19 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 6/3/19 |

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 5. | Expert discovery (only if needed)   *Check here if not applicable* ☐ | | | |
| | Plaintiff expert proposed field of expertise: | | | |
| | Defendant expert proposed field of expertise: | | | |
| | a. Case-in-chief expert report due | | | 6/30/19 |
| | b. Rebuttal expert report due | | | 7/29/19 |
| | c. Depositions of experts to be completed | | | 8/26/19 |
| 6. | Completion of ALL DISCOVERY | | | 9/4/19 |
| 7. | Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | 9/10/19 |
| 8. | If District Judge requires Pre-Motion Conference, date to make request | | X | |
| 9. | If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | | 9/10/19 |
| 10. | Joint Pre-Trial Order due (if no dispositive motion filed) | | | 9/30/19 |

| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | [] Yes [X] No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | [] Yes [X] No |

| E. | *COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY* | | | |
|---|---|---|---|---|
| 1. | Motion for collective action certification in FLSA cases | | X | |
| | a. Response due | | X | |
| | b. Reply due | | X | |
| 2. | Motion for Rule 23 class certification | | X | |
| | a. Response due | | X | |
| | b. Reply due | | X | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____    _____
**PEGGY KUO**                                                    **Date**
United States Magistrate Judge